# United States Court of Appeals
## For the First Circuit

No. 23-1400

ADRIANNA WADSWORTH,

Plaintiff - Appellee/Cross - Appellant,

v.

CHUCK NGUYEN,

Defendant - Appellant/Cross-Appellee,

MSAD 40/RSU 40; ANDREW CAVANAUGH,

Defendants/Cross-Appellees,

MEDOMAK VALLEY HIGH SCHOOL,

Defendant.

**MANDATE**

Entered: December 5, 2024

In accordance with the judgment of November 13, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Carey Gustanski, Zachary H. Hammond, Melissa A. Hewey, Eric Raymond LeBlanc, Douglas I. Louison, Laura A. Maher, Devin McDonough, Rachel Okun, Sean R. Ouellette, Joseph Adam Padolsky, John J. Wall III