# United States Court of Appeals
## For the First Circuit

No. 23-1463

ADRIANNA WADSWORTH,

Plaintiff - Appellee/Cross - Appellant,

v.

CHUCK NGUYEN,

Defendant - Appellant/Cross-Appellee,

MSAD 40/RSU 40; ANDREW CAVANAUGH,

Defendants/Cross-Appellees,

MEDOMAK VALLEY HIGH SCHOOL,

Defendant.

**MANDATE**

Entered: March 13, 2025

    In accordance with the judgment of February 19, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John A. Woodcock, Christa Berry, Clerk, United States District Court for the District of Maine, Eric Raymond LeBlanc, Zachary H. Hammond, Rachel Okun, Melissa A. Hewey, Carey Gustanski, Douglas I. Louison, Joseph Adam Padolsky, Devin McDonough, John J. Wall III, Laura A. Maher, Sean R. Ouellette